# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES QUANTRELL JOHNSON

NO.  2020 KW 0109

APR 2 8 2020

---

In Re:    James Quantrell Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 20-00531

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** The records of the office of the Clerk of Court of East Baton Rouge Parish indicate that relator was indicted on January 29, 2020, and was arraigned on February 3, 2020. Therefore, relator's motion seeking release under La. Code Crim. P. art. 701(B) filed on January 28, 2020, is moot. See **State v. Varmall**, 539 So.2d 45 (La. 1989) (per curiam).

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.